Ronald E. Stadtmueller, Chapter 13 Trustee  
Check No. 694059  
Pay to: CLERK Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-60548 | 016-0 | JOHN WITHERSPOON<br>Original Check written to:<br>KIRK SHIELDS<br>GREGG COUNTY<br>PO BOX 1431<br>LONGVIEW, TX 75606-1431 | xxxxxxx0697 | 0.00 | 514.99 | 0.00 | 514.99 |
| 04-61857 | 004-0 | RICHARD LEE HALL<br>Original Check written to:<br>VAN ZANDT CAD<br>% MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | xx0549 | 0.00 | 630.84 | 0.00 | 630.84 |
| 04-62392 | 005-0 | GEORGE RAY SMITH<br>Original Check written to:<br>WOOD COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201 | xx1885 | 0.00 | 258.58 | 0.00 | 258.58 |
| 04-62456 | 003-0 | BILLY LLOYD SHEW<br>Original Check written to:<br>FLEET CREDIT CARD SERVICES<br>C/O BANK OF AMERICA<br>2 COMMERCIAL PLACE 8TH FLOOR<br>NORFOLK, VA 23510 | xxxxxxxxxxxxxx7455 | 0.00 | 1,521.31 | 0.00 | 1,521.31 |
| 04-62569 | 013-0 | KENNETH WAYNE CLARK<br>Original Check written to:<br>CHAPEL HILL ISD<br>2323 BRYAN ST #1600<br>DALLAS, TX 75201 | xxxxxxxxxxxxxx8000 | 0.00 | 937.51 | 0.00 | 937.51 |
| 05-20081 | 014-0 | CHARLES R BAILIFF<br>Original Check written to:<br>ECAST SETTLEMENT CORP<br>P O BOX 35480<br>NEWARK, NJ 07193-5480 | 0844 | 421.11 | 10.51 | 0.00 | 10.51 |
| 05-20524 | 013-1 | KAREN MARLENE ENDER<br>Original Check written to:<br>DELL COMPUTER<br>PO BOX 224588<br>DALLAS, TX 75222 | xxxx9316 | 2,469.41 | 127.73 | 0.00 | 127.73 |